UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DINO DROP, INC., a Michigan corporation,

    Plaintiff,

-vs-

THE CHASE BAR & GRILL, L.L.C., a Michigan corporation; BACMAR, LLC, a Michigan corporation; MARTINEZ MANAGEMENT GROUP and PHILIP M. MARTINEZ, TERY MARTINEZ, ADAM MASON, BRET C. KONOL and DAVE BASTIANELLI, Individually and Severally,

    Defendants.

Case No. 2:09-cv-10759

Hon. Paul D. Borman

| | |
|---|---|
| Timothy J. Jordan (P46098)<br>Robert D. Goldstein (P38298)<br>Garran Lucow Miller, P.C.<br>Attorneys for Plaintiff<br>1000 Woodbridge Street<br>Detroit, Michigan 48207<br>(313) 446-5531 | Sheryl A. Laughren (P34697)<br>Berry Moorman P.C.<br>Attorneys for Defendants<br>535 Griswold, Suite 1900<br>Detroit, Michigan 48226<br>(313) 496-1200 |

**DEFENDANTS' FIRST AMENDED WITNESS LIST**

    Defendants, by and through their attorneys, Berry Moorman P.C., submit the following as their First Amended Witness List:

    1.    Dean Bach

    2.    Duke Taylor

    3.    Denise Bach

    4.    Philip M. Martinez

    5.    Tery Martinez

    6.    Adam Mason

7. Bret C. Konol

8. Bave Bastianelli

9. James Willis

10. Bob Buckhave

11. Margene Buckhave

12. Nicole Cass

13. Bruce White

14. Sandy White

15. Norm Bach

16. John Miller

17. Jennifer Dungan

18. Jeff Lenhertz

19. Sue Dillon

20. Rachael Doxie

21. John Keller

22. Scott Shagena, former employee

23. Megan Madaffer, current employee

24. Craig Covault, former employee

25. Donna Flagg-Helm, current employee

26. Gwyn Kostan, former employee

27. Steve Paulson, current employee

28. Keith Sexton, former employee

29. Employees, agents and/or representatives of MySpace

30. Employees, agents and/or representatives of Dino Drop, Inc.

31. Employees, agents and/or representatives of The Chase Bar & Grill, L.L.C.

32. Employees, agents and/or representatives of BACMAR, LLC

33. Employees, agents and/or representatives of Martinez Management Group

34. Any and all individuals necessary to authenticate, interpret, identify and/or introduce any and all exhibits.

35. Any and all witnesses listed by plaintiff, and the same may be called as an adverse witness.

36. Any and all employees of the above-named entities.

37. Any and all rebuttal witnesses who may become necessary at trial.

38. Any and all additional witnesses identified in the course of discovery.

39. Defendants reserves the right to amend and/or supplement this witness list, depending on the course of further discovery.

*Expert testimony may be elicited from any or all professionals identified in this witness list.*

                            BERRY MOORMAN P.C.

                            By:   /s/ Sheryl A. Laughren
                                Sheryl A. Laughren (P34697)
                                535 Griswold, Suite 1900
                                Detroit, Michigan 48226
                                (313) 496-1200
                                 Email: slaughren@berrymoorman.com

Dated: September 14, 2009

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 14, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to Timothy J. Jordan, Esquire and Robert D. Goldstein.

             BERRY MOORMAN P.C.

           By:  /s/Sheryl A. Laughren
              Sheryl A. Laughren (P34697)
              535 Griswold, Suite 1900
              Detroit, Michigan 48226
              (313) 496-1200
              E-mail: slaughren@berrymoorman.com