UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DINO DROP, INC., a Michigan Corporation,

       Plaintiff/Counter Defendant,

vs.

THE CHASE BAR & GRILL, L.L.C., a Michigan Corporation; BACMAR, LLC, a Michigan Corporation, MARTINEZ MANAGEMENT GROUP and, PHILIP M. MARTINEZ, TERY MARTINEZ, ADAM MASON, BRET C. KONOL and DAVE BASTIANELLI, Individually and Severally,

       Defendants/Counter Plaintiffs.

Case No: 09-cv-10759
Hon: Paul D. Borman

_____

**PLAINTIFF DINO DROP, INC.'S AMENDED WITNESS LIST**

NOW COMES Plaintiff, DINO DROP, INC., a Michigan Corporation, by and through its counsel, GARAN LUCOW MILLER, P.C., and submits the following as its Witness List:

1. Dean Bach
2. Duke Taylor
3. Denise Bach
4. Philip M. Martinez
5. Tery Martinez
6. Adam Mason
7. Bret C. Konol
8. Dave Bastianelli

9. James Willis

10. Bob Buckhave

11. Margene Buckhave

12. Nicole Cass

13. Bruce White

14. Sandy White

15. Norm Bach

16. John Miller

17. Jennifer Dungan

18. Jeff Lenhertz

19. Bryan Smith

20. Doug Hammond

21. Sue Dillon

22. Employees, agents and/or representatives of Northville Rotary Club

23. Employees, agents and/or representatives of Dino Drop, Inc.

24. Employees, agents and/or representatives of The Chase Bar & Grill, L.L.C.

25. Employees, agents and/or representatives of BACMAR, LLC

26. Employees, agents and/or representatives of Martinez Management Group

27. Any and all individuals necessary to authenticate, interpret, identify and/or introduce any and all exhibits.

28. Any and all witnesses listed by defendants, and the same may be called as an adverse witness.

29. Any and all employees of the above-named entities.

30. Any and all rebuttal witnesses who may become necessary at trial.

31. Any and all additional witnesses identified in the course of discovery.

32. Plaintiff reserves the right to amend and/or supplement this witness list, depending on the course of further discovery.

*Expert testimony may be elicited from any or all professionals identified in this witness list.*

        GARAN LUCOW MILLER, P.C.

        s/Timothy J. Jordan
        TIMOTHY J. JORDAN (P46098)
        Attorneys for Plaintiff/Counter Defendant
        1000 Woodbridge Street
        Detroit, MI 48207-3192
        (313) 446-5531

Dated: September 10, 2010        tjordan@garanlucow.com
905000.1        P46098

## CERTIFICATE OF SERVICE

I hereby certify that on **September 10, 2010**, I electronically filed the foregoing document with the Clerk of the Court using the ECF System which will send notification of such filing to the following: John S. Artz, Esq., Robert D. Goldstein, Esq. and Sheryl A. Laughren, Esq.

        GARAN LUCOW MILLER, P.C.

        s/Timothy J. Jordan
        TIMOTHY J. JORDAN (P46098)
        Attorneys for Plaintiff/Counter-Defendant
        1000 Woodbridge Street
        Detroit, MI 48207
        (313) 446-5531
        tjordan@garanlucow.com
        P46098