UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DINO DROP, INC., a Michigan Corporation,

      Plaintiff,

vs.

THE CHASE BAR & GRILL, L.L.C., a Michigan Corporation; BACMAR, LLC, a Michigan Corporation, MARTINEZ MANAGEMENT GROUP and, PHILIP M. MARTINEZ, TERY MARTINEZ, ADAM MASON, BRET C. KONOL and DAVE BASTIANELLI, Individually and Severally,

      Defendants.

Case No: 09-cv-10759
Hon: Paul D. Borman

_____

**ORDER DISMISSING BRET KONOL AND DAVE BASTIANELLI, ONLY**

This matter having come before the Court and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Bret Konol and Dave Bastianelli are dismissed without prejudice and without costs or attorneys fees.

IT IS SO ORDERED.

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 23, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 23, 2010.

                                              S/Denise Goodine
                                              Case Manager